AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Alejandro ENRIQUEZ Jr.<br><br>*Defendant(s)* | )<br>)<br>) Case No. EP16mj2653ATB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 29, 2016__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Knowingly and intentionally possess with the intent to distribute marijuana, to wit: approximately 73.20 kilograms (gross weight) of marijuana, a Schedule I Controlled Substance |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Perla Fuentes, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/30/2016

*Judge's signature*

City and state: El Paso, Texas

Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

On June 28, 2016, at approximately 10:45 p.m., Alejandro ENRIQUEZ Jr. entered the United States from the Republic of Mexico at the Paso del Norte, Port of Entry in El Paso, Texas. ENRIQUEZ was the driver and sole occupant of a grey 2005 Ford Freestyle bearing Texas license plate HJD7926.

On this date, Customs and Border Protection Officer (CBPO) Rosario, was assigned to primary operations. ENRIQUEZ provided CBPO Rosario a negative declaration and accepted full responsibility for everything in the vehicle. During initial database queries of ENRIQUEZ, CBPO Rosario noted a positive match on an active protective order. ENRIQUEZ confirmed the current protective order and CBPO Rosario referred the subject for secondary inspection. During secondary inspection, ENRIQUEZ provided a second negative declaration to CBPO Puga. During routine questioning regarding ENRIQUEZ's itinerary, CBPO Puga noted ENRIQUEZ became increasingly nervous. While the vehicle was being inspected, ENRIQUEZ kept looking back at the vehicle and kept moving around excessively while sitting on the bench in secondary. CBPO Puga also noted ENRIQUEZ had trouble responding to questions, appearing to be hesitant with his answers.

CBPO Puga requested the assistance of Canine Enforcement Officer (CEO) Pratt and his Narcotics Detector Dog (NDD), "Johan" to screen the vehicle. "Johan" traced the trained odor of narcotics to inside the vehicle. "Johan" alerted to the odor of narcotics emanating from the firewall, behind the glove box. An X-ray scan of the vehicle was conducted and anomalies were immediately discovered in the center console area. CBPO's further inspected the vehicle and discovered a brown taped bundle under the center console of the vehicle. One hundred-fifty (150) bundles, with a gross weight of 73.20 kilograms containing a compacted green leafy substance were removed from the exhaust channel and a non-factory compartment located in the firewall of the vehicle. The substance field tested positive for the properties of marijuana.

Homeland Security Investigations, Special Agent (SA) Perla Fuentes and SA MacDermierd arrived at the scene and were briefed by the Officers involved. SA Fuentes read ENRIQUEZ his Miranda statement of rights in the English language. SA MacDermierd witnessed the reading of the Miranda rights. ENRIQUEZ acknowledged in writing that he understood his rights and agreed to answer questions without the presence of an attorney.

ENRIQUEZ told agents he knew that he was transporting marijuana in the vehicle and accepted full responsibility for his actions. ENRIQUEZ was to be paid $2,000.00 to successfully cross the loaded vehicle into the United States. Once in the United States, ENRIQUEZ was to call an unidentified individual, who would instruct ENRIQUEZ where to take the vehicle to be unloaded. ENRIQUEZ stated this was his third time crossing loaded vehicles into the United States.

Case Agent: Perla Fuentes